# SPECIAL ORDERS

*Order Entered January 28, 1999:*

Demeyer v Archdiocese of Detroit (On Remand, On Rehearing), Docket No. 189716. The judges of this Court having been polled pursuant to MCR 7.215(H), and the result of the poll being a majority of the judges opposed convening a special panel, it is ordered that a special panel shall not be convened.